```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                         DISTRICT OF HAWAII
10  JENNIFER ANN MCTIGUE,        )  CASE No. CV 18-275-CBM (PJW)
                                 )
11              Petitioner,      )
                                 )  ORDER ACCEPTING FINAL REPORT AND
12       v.                      )  RECOMMENDATION OF UNITED STATES
                                 )  MAGISTRATE JUDGE AND DISMISSING
13  H. KOBAYASHI, WARDEN, ET AL.,)  PETITION WITH PREJUDICE
                                 )
14              Respondents.     )
    _____)
15
16       Pursuant to 28 U.S.C. Section 636, the Court has reviewed the
17  Petition, records on file, and the Final Report and Recommendation of
18  the United States Magistrate Judge.  Further, the Court has engaged in
19  a *de novo* review of those portions of the Report to which Petitioner
20  has objected.  The Court accepts the Magistrate Judge's Final Report
21  and adopts it as its own findings and conclusions.
22  DATED:   2/12/19        .
23
24
25                                    _____
                                      CONSUELO B. MARSHALL
26                                    UNITED STATES DISTRICT JUDGE
27
28  S:\PJW\Cases-Federal Habeas\McTigue, J 275 (Hawaii)\Order accep r&r.wpd
```